UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| Maria Esther Ruiz,<br><br>Plaintiff,<br><br>v.<br><br>Andrew Saul, Commissioner of Social Security,<br><br>Defendant. | Case No. 1:19-cv-00407-JDP<br><br>STIPULATION AND ORDER FOR THE AWARD OF ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA)<br>28 U.S.C. § 2412(d) |

TO THE HONORABLE JEREYMY D. PETERSON, MAGISTRATE JUDGE OF THE UNITED STATES DISTRICT COURT:

The Parties through their undersigned counsel, subject to the Court's approval, stipulate that Plaintiff be awarded attorney fees in the amount of EIGHT THOUSAND, FIVE HUNDRED DOLLARS AND 00/100, $8,500.00, under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to counsel. Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 598, 130 S.Ct. 2521, 177 L.Ed.2d 91 (2010), the ability

to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees to be made directly to counsel, pursuant to the assignment executed by Plaintiff.  Any payments made shall be delivered to Plaintiff's counsel, Jonathan O. Peña.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise. Payment of EIGHT THOUSAND, FIVE HUNDRED DOLLARS AND 00/100, $8,500.00,  in EAJA attorney fees shall constitute a complete release from, and bar to, any and all claims that Plaintiff and Plaintiff's attorney, Jonathan O. Peña and / or Peña & Bromberg, PLC, may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of Plaintiff's attorney and / or Peña & Bromberg, PLC to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

                                                Respectfully submitted,

Dated: April 20, 2020          /s/ *Jonathan O. Peña*
                                          JONATHAN O. PEÑA
                                          Attorney for Plaintiff

Dated: May 14, 2020           McGREGOR W. SCOTT
                                          United States Attorney
                                          DEBORAH LEE STACHEL

Regional Chief Counsel, Region IX
Social Security Administration

By: _*_ *Marcelo N. Illarmo*
Marcelo N. Illarmo
Special Assistant U.S. Attorney
Attorneys for Defendant
(*Permission to use electronic signature
obtained via email on 05/14/2020)

**ORDER**

The parties' stipulation is approved.

IT IS SO ORDERED.

Dated:   May 15, 2020                                   _____
                                                        UNITED STATES MAGISTRATE JUDGE

No. 204.